≠ 1010  #129483

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 MAY 10 PM 3: 0[?]
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:

MICHAEL J. MILLER
ANGELA M. MILLER

\*
\*   CASE NO. 09-36956-W
\*
\*   JUDGE MARY ANN WHIPPLE
\*
\*   William L. Swope, Trustee
\*   221 South Main Street
\*   Findlay, Ohio 45840
\*   (419) 422-0288
\*   Sup. Ct. #0029538
\*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| HEART INSTITUTE OF NW OHIO<br>951 COMMERCE PKWY STE 100<br>Lima, OH 45804 | $ 4.28 |
| | $ 4.28 |

A check for $2.09 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: May 9, 2011

William L. Swope
Trustee